FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 17 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL RUBIO-TIERRABLANCA | Criminal Information<br><br>No. 1:25-CR-86 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 20, 2021, in the Northern District of Georgia, the defendant, Daniel Rubio-Tierrablanca, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General, or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*


DASHENE A. COOPER
*Assistant United States Attorney*
Georgia Bar No. 385738

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181